

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTR...  ...FILED
DOC #: _____
DATE FILED: 12-20-10

December 17, 2010

RECEIVED
DEC 20 2010
JUDGE KEENAN'S CHAMBERS

**BY HAND**

The Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1930
New York, NY 10007

    Re:    **United States v. Egan, 10 Cr. 191 (JFK)**

Dear Judge Keenan:

    The Government writes concerning its motion to dismiss the joint petition of claimants Granite Check Cashing Service, Inc. and James Lieto (collectively, "Granite") in the above-referenced matter. The Government's reply in support of its motion to dismiss Granite's petition is currently due on or before Friday, December 24, 2010. The Court previously granted a two-week extension from the original date the reply was due.

    Upon further review of Granite's opposition to the Government's motion and its cross motion for summary judgment, the Government respectfully requests an additional three weeks for it to file its reply brief in order to conduct further investigation into this matter. The Government has conferred with counsel for Granite, who has consented to an extension of the due date for the Government's reply brief to January 14, 2011.

The Honorable John F. Keenan
December 17, 2010
Page 2

     Thank you very much for the Court's consideration.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
David I. Miller
Assistant United States Attorney
Tel No: (212) 637-2484

cc (by fax):  Steven L. Kessler, Esq.

```
     The application is granted.  The
Government may submit a reply in
support of its motion to dismiss on
or before January 14, 2011.

SO ORDERED.
Dated:    New York, N.Y.
          December 20, 2010

          _____
               John F. Keenan
               U.S.D.J.
```