EXHIBIT A

# EXHIBIT 1

October 6, 2010

Judith E. Arthur
2701 E. Mesquite Ave. Unit W109
Palm Springs, CA 92264

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     Untied States v. Robert Egan
        10 Crim 191 (JFK)

Dear Judge Keenan,

My name is Judith Bartolotta Arthur, I am a first cousin of "Robbie" Egan. Needless to say I've known Robert Egan my whole life.

I live in Palm Springs, California. I am married to Robert Arthur for 33 years, we have 3 children in which my eldest is deceased.

I saw Rob when my Dad passed away in 2006, then the summer of 2006, I went from Palm Springs with my two sons and daughter to visit my mom in Hudson, N.Y. What a wonderful visit we had. On the 4th of July we went to Bob's house for a family reunion. It was so wonderful to see all my relatives together. I miss that living in Calfironia. He always had these reunions for years but this is the first one I and my children had gone to in many, many years. We wanted to make it a family ritual to go to N.Y. every year, but that following January my mother died. I haven't been back since.

Three years ago, my husband got laid off work and then got sick. He was on disability for one year, after the disability stopped things got very "tight", I work at a local church but only part-time, we were behind in all our bills and about 7 months behind in rent. We decided we had to "downsize" and get cheaper rent, so we moved. We couldn't have done this with the help of Bob. He has always been generous and kind to his relatives, but until it happened to me I really had no idea.

    This past Christmas Eve, December 24, 2009 I lost my eldest son in a traffic accident, due to substance abuse. Bob was one of the first relatives to call me to send his love and condolences. He is well aware of substance abuse as one of his sons had a similar problem. He tired to reassure me that it wasn't my fault, we spoke a long time and it meant the world to me.

Bob is a loving and caring man. I feel very sad for the situation my cousin is in, something like this could destroy his 'will' and sense of 'self being'. I hope and pray this will not happen to Bob. He has a family who loves him and needs him.

I hope in your heart Your Honor that you show leniency for my cousin Robert Egan.

With much respect,

*Judith Bartolotta Arthur*

Judith Bartolotta Arthur

# EXHIBIT 2

November 22, 1010

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York NY   10007-1312

Re: United States v. Robert Egan     10 CRIM 191 (JFK)

Dear Your Honor:

My name is Alfred Bartolotta. I am a first cousin to Robert (Rob) Egan on my father's side. I live in Hudson NY with my wife of 16 years and two kids (ages 12 and 14). I'm a 1984 I graduated from Johnson & Wales College (Providence RI) where I received a bachelor's degree. I am also an active member of my church.

I currently own and operate a trucking company (George Hildebrandt Inc.). Hildebrandt employs 158 people. I've always admired Rob's ability interaction with others. From him, I came to understand that regardless of one's financial skills, the real key to business success is how one treats others (friends, family, customers, vendors, etc). He always treated everyone with courtesy and respect. Rob was always willing to listen to me whenever I talked with him about the challenges of running my business. Without exception, I always felt more confident about my ability to work things out after receiving some words encouragement from Rob.

Rob is a devoted family member. I've witnessed his benevolence to others.  He has provided financial and emotional support to other family members in need. Rob's devotion to his mother (Antoinette) is remarkable. He works hard to ensure that her financial, health, and emotional needs are met. Although the Bartolotta and Egan families have grown, Rob's annual Fourth of July family picnics gave both families an opportunity to get together once a year and stay in touch. Rob is always most comfortable when he is with his family (immediate and extended).

I am aware that Rob has pleaded guilty to certain crimes. I am not aware of the details of these crimes, however; I am aware of his deeds and status as a member of the Egan and Bartolotta families. I truly appreciate the opportunity to share my thoughts and feelings about Robert. I respectfully ask that the court consider imposing the most lenient sentence permitted by law.

Sincerely,

Alfred L. Bartolotta

# EXHIBIT 3



**BARTOLOTTA
ASSOCIATES**

5 FABIANO BOULEVARD
HUDSON, NY 12534
BUS. (518) 828-7111
FAX (518) 828-4888
TOLL FREE (800) 480-7118
E-MAIL bartolotta@coldwellbanker.com
WEBSITE brealestate.com

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Robert Egan 10 Crim 191 (JFK)

Dear Judge Keenan:

I met Rob Egan in 1962. I was a college student and he was in high school. Even at that young age it was very apparent to me how kind and considerate he was. He was shooting hoops with his father, James Egan Esq. His father was obviously winded. Rather than taking advantage of that situation to score winning points, Rob suggested they take a break. This was a long time ago, but is totally emblematic of the kind, considerate, and incredibly generous person I saw in Rob Egan from that moment on.

Two years later I married Rob's uncle Phil, one of his mother's 6 brothers. Rob, himself, married shortly thereafter and we all started our own families, having roughly the same age children. Rob, a member of the NYPD, I a French and Spanish teacher, Phil a fruit farmer were all often together for family gatherings and there were many, many of those over the years. My husband had 12 siblings! Rob always took care of everyone being sure no one was left out.

Time passed, Rob retired early from the force and went into business for himself. I retired early from teaching and went into the real estate business. Rob's business grew over the years and he was doing very well. The more success he enjoyed, the more generous he was with EVERYONE. His mother was widowed and became more and more infirmed over the years. Rob was right there with whatever she needed and still visits her often. His own brothers hit some very bumpy roads in their lives and who did they turn to for support, not just moral but financial? Rob, of course, who was always ready, willing, and able to help out a family member, not just the immediate but the extended family. Rob's selflessness and generosity also extended far and wide to friends and acquaintances. When he saw a need, he came to the rescue. He was always generous with his time and moral support as well as his treasures.

Rob is an incredibly caring person. I have had the opportunity over the years to work with him on some real estate transactions. He was always more concerned about the well being of the persons on the opposite side of the transaction than about himself. To this day, he has not changed that demeanor. I am well aware that Rob has pleaded guilty to certain crimes, but the truly good, decent, caring and concerned person I've known for 48 years is the same individual whose total being has always placed the well being of others before himself. Sadly, he has decided to sell his future retirement home. He has had two primary concerns during this process: Are the Purchasers good and decent persons who will care for the property as he did and how will they treat JD, the cousin with MS, to whom he gave land on the property so that JD and his wife Ann could have their own home? We've apparently lucked out on both counts. Rob's a happy man because of that. Because of the remorse he feels concerning the position he put himself in, Rob continues to do the right thing for everyone. As much of a heart breaker as selling the place is, he wants to be sure his wife, Iris, will be able to continue her life and not become a pauper.

Your Honor, I implore you to grant Robert Egan the most lenient sentence you consider to be appropriate. There are several persons who depend on Rob. Please consider all extenuating circumstances in rendering your decision.

Sincerely yours,

Mary G. Bartolotta

Each Office Is Independently Owned And Operated.

# EXHIBIT 4

# PUBLIC SCHOOL 86
## THE KINGSBRIDGE HEIGHTS SCHOOL
2756 RESERVOIR AVENUE
BRONX, NEW YORK 10468
TELEPHONE: (718) 584-5585

SHELDON BENARDO
Principal

March 25, 2010

To Whom It May Concern:

Please allow me to bring to your understanding my personal knowledge of Bob Egan, a man of integrity, sensitivity and honor.

I met Bob 10 years ago when I hired his son, Matthew, as a teacher at my school. Bob took great pride in his son's education and his commitment to improving the lives of impoverished children. Bob visited the school often, told stories to the children and made himself a part of the school community. I was invited to an Egan family July 4th barbeque on Bob's farm near Hudson, NY. There were more than 150 guests – family, friends and neighbors – and Bob made great efforts to make everyone comfortable and relaxed. He took me on a tour of the property and spoke so humbly about his accomplishments and so fiercely about his commitment to family.

Bob Egan is a man I admire and respect. I can't help but like him enormously and feel pain for his predicament. I understand the need for justice and for all of us to be held accountable for our actions. However, if there was ever a person deserving of mercy and generosity it is Robert Egan. Certainly, I am willing and able to appear at any location to speak on Bob's behalf and to reveal the true character of this estimable man.

Respectfully,

Sheldon Benardo
Principal

# EXHIBIT 5

Glenn R. Bianco
15 Apple Hill Lane
Peekskill N.Y. 10566

Honorable John F Keenan
United States District Court
Southern District Court of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

November 12th, 2010

Re: **United States v. Robert Egan**
        **10 CRIM 191 (JFK)**

Dear Judge Keenan,

My name is Glenn R. Bianco. I have known Robert Egan for over twenty years in both a business and personal capacity. I am aware of the fact that he has pleaded guilty to certain crimes and admission of certain wrongdoings. I must say this was difficult to accept, as I have always had and still have great respect for him, as I have seen him demonstrate great qualities throughout our friendship.

I am presently a Certified Financial Planner® practitioner, Financial Advisor at Morgan Stanley Smith Barney. Prior to that, I worked for Wachovia Bank and Citibank over the past 30 years. I have a Bachelors degree in Marketing and Accounting from Iona College in New Rochelle NY and a Masters Degree from Pace University.

I was first introduced to Bob when I was managing a commercial banking group for Citibank N.A and he was already a Citibank client. During that time there were no inappropriate business dealings that we were aware of, up to the day that I was transferred to another division in the year 1993. Since that time I have not had any business dealings with him only those of a personal nature.

As he was a client I had the opportunity to get to know him personally and attended; personal parties, dinners and philanthropic events with him. He was always quick to support the many causes; charitable, personal and business that we presented to him. Bob has always been open and inviting to his business colleagues and friends, willing to help and assist with their issues problems and concerns. He has also been very supportive of certain members of his family that had severe substance abuse issues. I have witnessed him focus on these very difficult problems with total concern, love and patience over many years of frustration that have resulted in most likely the saving of a life.

A few years back Bob was kind enough to provide time to me to discuss some personal issues specifically related to my, at that time, recent divorce. He had also experienced similar issues. He seemed to consistently find time to spend with me despite his own schedule and time constraints. This was a very emotional and difficult time for me and it was beneficial to me to have his consultation. I have also witnessed him doing similar things for others.

Knowing Bob Egan from my own experiences which have been predominantly those of a concerned and helpful individual, I am asking the Court to consider the most lenient sentence permitted under the law.

Respectfully,

Glenn R. Bianco

# EXHIBIT 6

January 3, 2011

Via First Class Mail

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: UNITED STATES v. ROBERT EGAN 10 CRIM 191 (JFK)**

Dear Judge Keenan:

My name is Michael Borrelle and I live in Houston, Texas with my wife Kelly and two daughters. I am Chief Executive Officer of Polaris Payment Group, a Financial Services company that offers consulting expertise to business owners.

Please accept this personal character reference on behalf of Mr. Robert Egan. It is acknowledged that Mr. Egan has pleaded guilty to wire and bank fraud charges and will be sentenced by the court on March 8th, 2011.

I have known Bob for close to twenty-five (25) years. I was raised in Hudson, New York and I first was introduced to him through my very close friendships with members of his family. My profession in the Financial Services Industry lent itself to a common interest and dialogue that we shared. Bob has always been an intelligent financial advisor and dedicated to his business affairs. He has been loyal, generous and always willing to help those he could.

I cannot speak directly to the events that lead to his present situation. I can only share that that this is very Out-of-Character for the man I know. In my business dealings with Bob he has always acted in a professional and prudent manner, always treating people with kindness and the best of intentions.

Again, please accept my heartfelt empathy for these unfortunate set of circumstances. I respectfully request the most lenient sentence the Court considers to be appropriate.

Sincerely,

Michael Borrelle

# EXHIBIT 7

Honorable John F. Keenan
United States District Court
Southern District of New York
Moynihan U.S. Courthouse
500 Pearl St.
New York, NY  10007-1312

                         RE:    United States v. Robert Egan
                                10 CRIM 191 (JFK)

Dear Judge Keenan,

I am a friend and business associate of Robert Egan and have known him for nearly 20 years.

I am presently a Relationship Manager for TD Bank but met Bob when I was a Credit Officer for Citibank.  His cash checking companies were a major relationship in the Westchester commercial business office.  I have not done business with Bob for over ten years.  On a social level, we belong to the same gym and I would see him frequently where I exercised.

Bob was always an excellent client and would often take the time to help me understand the "check cashing" industry as I was wrestling with the risk of the industry.  He was a great source of information of the people, operations and companies in the industry.

Bob took the time to know people and I can remember visiting some of his cash checking sites with him and taking note of Bob's sincere personal knowledge of each and every employee.  He made each person feel important.  He cared what was going on in their personal lives as he stopped and introduce me to his staff.

When I was downsized at Citibank in 1999, after 30 years of service, one of the first people who sat down with me and discussed alternatives and options was Bob Egan.  He took the time to sit down with me and help me plan my transition to another job.  When I started a new job with Wachovia in Danbury Ct, he called a local car dealer that he knew and asked him to help me better understand the commercial market in the area.

In my 40 years of banking, there are very few clients that I could call on for assistance, when I was not directly responsible for doing something for them.  Bob Egan is an exception to this. He is the type of person who has always been willing to lend me a helping hand.

Your honor, I do not have a good understanding of the case but I do know that Bob has pleaded guilty.  With this in mind, I can only tell you about the man that I know and I hope that you will keep this in mind when you impose sentence.

Sincerely,

Thomas F. Burns
4 Wittmann Drive
Katonah, NY  10536

# EXHIBIT 8

# THE HUDSON GROUP, INC.

831 Clarence Avenue • Bronx, N.Y. 10465

*This business is licensed by the New York State Department of State Division of Licensing Services*

<u>LETTER OF RECOMMENDATION</u>

September 10, 2010

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: United States v. Robert Egan - 10 CRIM 191 (JFK)**

Dear Judge Keenan:

My name is Joseph Caiola and I am writing on behalf of Mr. Robert Egan who is presently before the court and is awaiting sentence..

I have been in law enforcement for the past 27 years; 23 years have been with the New York Police Department. I retired as a sergeant assigned to the Joint NYPD/FBI Organize Crime Investigations Division. I left government service in 1991 and worked as the Deputy Director of Security at Consolidated Edison of New York and as the Security Director for Republic National Bank and Signature Bank. In September of 1999, I started a Private Investigations company, The Hudson Group, Inc., specializing in financial fraud investigations, court appointed monitorships and Union investigations.

I have known Mr. Egan for 12 years. I first became acquainted with him during my tenure as the Chief of the Criminal Investigations Bureau of the New York State Banking Department from 1995 to 1999. He was the owner of twenty-two check cashing stores regulated by the Banking Department. At that time, the Banking Department had removed a check casher for embezzling funds and had asked Mr. Egan to operate the business until it could be sold. At that time, Mr. Egan was very highly regarded by the Banking Department as a professional and honest licensee and, a person who was very knowledgeable about the cash checking business. This is why I find it so difficult to understand what led Bob to steal the money from his clients. The crimes he has been charged and pled guilty to seem to me like an aberration.

Although I know Bob as a friend and as someone I have provided security related services to his company, it's just hard to comprehend he was involved in such activity unless he was driven by other factors I am not aware of. The Bob I know would never be involved with the stealing of money from clients. He built his business from one check cashing store to twenty-two check cashing locations, started a mobile check cashing service utilizing armored vehicles, and began replenishing and servicing ATMs for banks

**LICENSED PRIVATE INVESTIGATOR**

Phone: (718) 518-0678  •  Fax: (718) 518-0360

and private operators. He employed over 100 people and was always giving someone a second chance in life.

I can only speak as to the Bob Egan I know and dealt with over these past 10 years both as a service provider and friend. The Bob Egan I know is a hard working, intelligent, decent person who comes from a family background of helping others. Bob is a totally dedicated father who was always there for his three sons. He was the type of employer his workers could always go to for help; a cash advance, a letter of recommendation for a mortgage, or financial assistance during a family illness. It was Bob who helped me when I started my business. I was about to land a large contract but it called for a Manhattan office location. I mentioned in passing to Bob who instantly told me I could use space in one of his Manhattan locations. If Bob had one fault it was that he was too trusting of people; he always trusted the people who worked for him.

I respectfully ask the court to take my comments into consideration and to impose the most lenient sentence the Court considers to be appropriate.

Sincerely,

Joseph Caiola

Joseph Caiola

# EXHIBIT 9

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St
New York, NY 10007-1312

RE: UNITED STATES v. ROBERT EGAN 10 CRIM 191 (JKK)

Dear Judge Keenan:

My name is Perla Capriles, retired journalist from Venezuela, living in New York since
2001.  In 1992 my ex-husband was the former Ambassador General Consul from
Venezuela in New York.

I've known Bob Egan for only 7 years, but I can say he is one of those persons who takes
care of everyone who needs help, especially his relatives. Bob exhibits a big sense of
"FAMILY TRADITION", which proves to me some of the great qualities Bob has
demonstrated to me and my family in these past years. He comes from an Upstate New
York family with a good reputation in the community. I met him through his uncle and
aunt, Phil and Mary Bartolotta, who happen to be my neighbors at our house upstate.

I would like to finish by asking you for mercy when the time comes to consider his
sentence. You can contact me in any way and I would be pleased to answer any questions
you might have for me.

Thank you,

P. Capriles

Perla Capriles
655 6th Avenue, #4B
New York, NY 10010
212/633-1536

# EXHIBIT 10

November 19, 2010


Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


RE:  UNITED STATES v. ROBERT EGAN
         10 CRIM 191 (JFK)


Dear Judge Keenan,


My name is James Carroll and I am a retired New York City Detective currently employed
as a chauffeur/bodyguard for a prominent New York City family.

Robert Egan was my radio car partner in the 44th Precinct in the Bronx from 1969 to 1973.
During this time, Mr. Egan not only made hundreds of good solid felony arrests protecting
and serving the community, but also assisted in many ways improving the quality of life
for all he touched.  All through the years I, as well as my fellow officers, all felt confident
being in his presence.  He exhibited total professionalism in each and every police action we
encountered.  All the years that we worked together as partners, I never had any doubt
that *"he had my back"*.  I have met thousands of people in both the police department as
well as in life and I can truly state, unequivocally  that Robert Egan has the qualities that
exuberate goodness, kindness, sensitivity, caring and has true family values.  Although I am
aware of Robert's admission of wrongdoing, I nevertheless still have great respect for him
because of the many great qualities he has demonstrated throughout his life

Your Honor, as you contemplate this good man's future, please give deep consideration in sentencing not only to the gravity of the admitted situation but, also, equally weigh the literally thousands of good, caring and kind things this wonderful man has contributed to his fellow human beings as well as society as a whole.

Thanking you in advance for your consideration.

Respectfully,

*James Carroll*

James Carroll
474 West 238th Street
Bronx, New York 10463

# EXHIBIT 11

15 Wire Road
Germantown, NY 12526
October 24, 2010

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY   10007-1312

RE:  **United States v. Robert Egan**
     **10 CRIM 191 (JFK)**

Dear Judge Keenan:

Thank you for this opportunity to write to you in support of Mr. Robert Egan.

My name is Ann Delaney.  My husband John Delaney and Robert Egan are first cousins.
I have known Robert for 25 years.  My first and on-going impression of Robert is that he is one
the most kind, caring, and trustworthy individuals you'll ever meet; very family and people
oriented.   I have nothing but the utmost respect for him.

Approximately 20 years ago, Robert purchased an old, somewhat dilapidated farm in Columbia
County, New York.  He offered my husband part time employment as caretaker of the property.
As the caretaking job required more time than my husband could provide after working another
full time job, Robert offered him full time employment and in addition, he offered us some
acreage on the farm in order to build our home.   My husband and I as well as our 19 year old
daughter continue to care take this property.

One of the most outstanding acts of generosity and kindness I have seen Robert provide to others
is his annual family 4th of July party and the MVMC company picnics.  The family parties have
always included a family reunion of sorts, with 150+ individuals attending and always inquiring
the following year about the next party!  The last three MVMC summer picnics have been held
on the property in upstate New York.   The first time the picnic was held on the farm, I was
amazed to see the diverse ethnic population that was employed by MVMC.   As I went around
meeting some of the employees, I heard over and over again how grateful they were to work for
Robert and his company.

Two years ago my husband became ill and had to be hospitalized.  Robert contacted me almost
every day and offered assistance with referrals to various physicians who could possibly assist us
with what was a catastrophic event for my family.

While I am certainly aware that Robert has plead guilty to certain crimes, I will never believe he
intended to harm anyone -- that just is not the man I have known and worked closely with for all
these years.

Sincerely,

Ann M. Delaney

cc:  Marc Agnifilo, Esq.

# EXHIBIT 12

**Carmelo Dipini**
**760 Fox Street Apt #5B**
**Bronx, NY 10455**
**(914) 40304862**

September 23, 2010

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**RE:  <u>UNITED STATES V. ROBERT EGAN</u>**
        **<u>10CRIM 191 (JFK)</u>**

Dear Judge Keenan:

By way of introduction, my name is Carmelo Dipini and I am writing this letter on behalf
of Robert Egan.  My reason for writing this letter is to provide some insight into Robert
Egan as a very dearly friend and family member to me.

For reference it should be noted that I have known Robert for thirteen (13) years.  We
met when I joined Mt. Vernon Money Center in 1997.

I first started off with Mt. Vernon Money Center as a Field Technician.  I than went on to
become the Help Desk Manager and finally became the Assistant Manager to the
"Routes" Division of the Armor Car sector of MVMC.  It was in this capacity that I
worked with, and relied most heavily upon, Robert.  Experience His honesty, hard work
and dedication to his customers and employees continually impressed me.  This is the
main reason why I stood working for Bob so long.

I have worked with a number of people throughout my professional; career, both as
colleagues and as managers and owners.  I can honestly say that Robert was one of the
most conscientious and hardest owners I have ever had the privilege and honor to work
for.  He has helped me and my family tremendously when I was down in life it self ,
everything going wrong for me he was there to advise me and help me , get my life back
in track , fiscally , mentally and financially.   Please let it be known that if he would
return to work at any type of business I would go and work for him without any questions
asked because this is how I feel about Bob like my second father and brother and my
family in which I truly admire and respect and honor till this day.     He was always
accessible at all times of the day and night, and on weekends for personal and work.

For Robert, his employees and the customer always came first.

I would ask the Court to assign the most lenient sentence possible.  There are few people that I have met who are more honest and hardworking than Robert.

Respectfully,

*Carmelo Dipini*

Carmelo Dipini

# EXHIBIT 13

12/07/10

Honorable John F. Keegan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

RE: UNITED STATES V. ROBERT EGAN
10 CRIM 191 (JFK)

Dear Your Honor:

My name is Ann Marie Doherty and I am writing this letter on behalf of Mr. Robert
Egan.  I worked for Mr. Egan for twelve years, from 1998 to 2010, at Mount Vernon
Money Center Corp. and Armored Money Services.  Armored Money Services was
integrated with Mount Vernon Money Center Corp. when the original company,
American Armored Car,  fell on difficult times.

Mr. Egan was a great boss to work for. He was a hard working individual who cared
about all of his employees; not only professionally, but  personally, as well.  That means
a lot to an employee.  Family means everything to Mr. Egan, and it was apparent when
you worked for him.  He always found time to ask about your family and was interested
in what your kids were doing, etc.

Working at Mount Vernon for Mr. Egan felt like working for a little family.  A great
bunch of people worked there, and there was great camaraderie.  It's hard to find that at
the workplace nowadays.

I send Mr. Egan all good wishes for the future as he truly cared about his employees,  and
made the workplace a pleasant place to go to everyday.  Please sir, try to impose the most
lenient sentence possible for Mr. Egan, as he was a genuinely nice man to work for.

Thank you for your time and attention to this matter.


Sincerely,

Ann Marie Doherty

# EXHIBIT 14

11/5/10

Honorable John F. Keenan

Re: United States vs. Robert Egan
10 CR 191 (JFK)

I am writing this letter for a
very dear friend of mine
Not only is he a friend But a
business relationship which started
in 1986.
I am retired Since 2005 BoB
was one of my most valued customers
my Company was TRAVELERS EXPRESS/
Money Gram. We are the Largest
Money Order company in the world
and Second largest Wire Transfer
company.
During Those Years my company relied
on BoBs input and Sat on Many
Committees which involved The industry.
He was responsible for Millions
of dollars on a monthly Basis.
I have Always Known BoB to be
one of The most generous persons I
have ever encounted. At Times it
felt like BoBs purpose in life was
To help other people w hether it

was friends of Employees.
Socially, Bob Egan and his family and
my family became very close, he
attended Bethany sons weddings,
and also helped them out when starting
their Business.
I understand what Bob is being
Charged for, But I truly believe
he did not wrongfully use this money
for his own use.
In my retirement years. I worked for
Bob three years, he always put
his companies before everything. He
worked very hard to have his Business
survive.
I hope upon reading this letter
you will impose the most lenient
sentence permitted under the law.
To incarcerate this man for any
long length of time would cause
a serious hardship not only to him but
his family wife sons + grand children

              Sincerly
              Anthony Di Barc
              Anthony Di Barc

# EXHIBIT 15

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE:  United States v. Robert Egan**
    **10 CRIM 191 (JFK)**

Dear Judge Keenan,

I am writing on behalf of Robert Egan as a member of his extended family.  My daughter, Danielle, is the wife of Bob's son Christopher and mother of three of his grandchildren.

I am a graduate of Fordham University (college '62) and as you might expect, a liberal arts curriculum from that era, included concentrations in the Humanities, ethics philosophy and theology.  Most of my professional career was in real estate development and consulting and currently own and manage a retail business in Westchester County.

Since our meeting some ten years ago, I have come to know and respect Bob as a father, husband, grandfather, friend and citizen.  His interest in and commitment to the welfare of his associates, family and community is remarkable.

In short, Robert Egan is a man of character, exemplified by the honorable manner he has comported himself before the court.

It is my firm conviction Bob's actions were the result of serious lapses in judgement totally devoid of malicious intent.

I trust that my belief in and support of Bob will help you recognize the true nature of the man before you and will guide your deliberation accordingly.

Thank you for your time and consideration.

Respectfully,

Stephen L. Duffy

# EXHIBIT 16

HARRISON DUNNE
14 ENGLEWOOD ROAD
NORWALK, CT 06853
EMAIL: HBDUNNE@YAHOO.COM
CELL: 646.705.2290

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:  UNITED STATES v. ROBERT EGAN  - 10 CRIM 191 (JFK)

February 6, 2011

Dear Judge Keenan

My name is Harrison Dunne.  I have known Bob and have had the honor of his
friendship for over 22 years.  I met Bob through his son Christopher Egan who I count
among my closest friends. Chris served as the best man in my wedding and I am his
daughter's godfather.

I met the Egan family when they arrived to our Northern Westchester community in high
school during the 1980s.  The entire Egan family possessed a dynamic spirit of
generosity, kindness and humor, which allowed them to quickly earn the admiration of
my entire network of friends and the community at large.  The Egan family opened their
home to us, where it served as a hub that was at the center of my fondest high school
memories.  The Egan brothers, friends and I spent countless hours playing lacrosse,
basketball, badminton, ping-pong; you name it, in the backyard. Bob created what
amounted to our own little community recreation center and he was often at the center of
the action as a teammate or as an entertaining commentator.  It was during these early
high school days of mine that I was witness to a man who truly seemed to derive
happiness from providing others with joy.  The safe haven he afforded us in high school
was undoubtedly a reflection of his spirit.

Bob has also been an advisor and occasional employer. As a poor college student in
need of earning extra income, Bob extended his hand hiring me to work for his company
during the summer and winter breaks.  Having an opportunity to work among Bob's vast
roster of employees, I was exposed to yet another network of people with admiration and
love for him and the opportunity he provided. I worked side by side with active and
retired NYC police officers all indebted to a person who was able to provide the means
to earn extra income and who was willing to accommodate their often complicated and
untraditional hourly schedule.  During these years, I was witness to a man who had a
tireless work ethic and whom I believe was motivated to work so that he could be in a
position to provide generosity and joy to others. I wholeheartedly believe that his sincere
happiness was not in monetary achievements but in his ability to help others – whether it

be with employment opportunities, with a celebratory employee and family barbeque or simply, genuinely lending a hand to someone in need.  Bob's spirit is truly altruistic.

In the years I have known Bob, he has always treated me and made me feel as if I was a member of his family.  Perhaps this is the most valuable role he played in my life. As someone who grew up without a father, Bob's mentorship has had a profound and lasting impact on me.

His selfless actions and his sincere love of others will always represent a shining model of how I hope to live. Now that I have my own family, the impression Bob has made on my life is even more evident as I strive to set exemplar standards for my own children. To me, Bob is that example.

In closing, I am asking if you could please take into consideration the positive impact that Bob has had on the lives of hundreds of people in his life and exercise the most lenient sentence the Court considers to be appropriate.

Sincerely,

Harrison Dunne

# EXHIBIT 17

December 15, 2010

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE: United States v. Robert Egan**
**10 CRIM 191 (JFK)**

Dear Judge Keenan,

I am writing you to plead for leniency in the sentencing of Robert F. Egan. My name is
Christopher Egan, Robert Egan's youngest son. I am 39 years old,
married with four children and currently work as a senior vice president at Integreon
Managed Solutions. I graduated from the University of Arizona with a B.A. in
Communications.

My father has always selflessly cared for his family, friends and employees.  Throughout
my childhood my dad worked multiple jobs, often seven days a week while at times
raising three boys on his own. He also had to care for my mother who is bipolar, suffers
from depression and is a recovering alcoholic.  Although my parents divorced when
I was in middle school, my father continued to support her, never blaming her for the
deterioration of their marriage.

Even today my father continues to make sure my mom is always cared for.  This past
August she had emergency surgery and he drove an hour and a half to the hospital
late that night so he could be with me and my brother, returning again the next day.
Recently I was unable to take my mother to a follow up doctors visit, with little notice he
drove out to her apartment in Long Island and took her to her appointment.

My dad has helped support his own mother Antoinette since the passing of my
grandfather, James J. Egan in 1993.  For many years my dad was her primary financial
support and is still actively involved in organizing her caregivers, which are required
around the clock so that she can remain in the comfort of her own apartment.

My oldest brother Rob has abused drugs for the past twenty years.  His addiction
has had a significant impact on the entire family and my dad has always been the

1

one to "pick up the pieces". I haven't always agreed with how my father handles my brother but I do know that he has never given up on him. Even today, he continues to encourage him with unwavering support and dedication.

A sense of family is one of my fathers biggest attributes. The children love grandpa and look forward to his Sunday morning visits. He has served as the center of our extended family, hosting holidays, reunions and even my cousin Richard Egan's wedding at his home. His commitment to everyone around him is whole hearted and with the best of intention. When it was time for my cousin James Egan to attend college my father helped make that a reality by contributing towards his tuition. He mentored my cousin Danny Egan from a young age and was instrumental in his decision to become a police officer a few years ago. These are just a few examples of my dads kind and thoughtful nature.

Some of earliest memories of my dad was when he was a New York City Police Sergeant. I know that it was a job he took great pride in and he would often share stories about "the job". Looking back I realize that he used these stories to teach us lessons about obeying the law and taking responsibility for your actions.

For the past thirty years Robert Egan has worked tirelessly to support his family, employees and customers. He has been a dedicated family man, civil servant and active parishioner. I know that he has committed a serious crime and so does he, but I ask you to bestow mercy upon a man who has continuously demonstrated compassion for so many. In determining his sentence please consider all the good he has done throughout his entire life.

Thank you for your time and consideration.

Sincerely,

Christopher G. Egan

# EXHIBIT 18

Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York , NY 10007-1312

<u>RE: UNITED STATES v. ROBERT EGAN</u>
<u>10 CRIM 191 (JFK)</u>

Dear Honorable Judge Keenan,

    My Name is Daniel Egan and I am Robert Egan's nephew. I have known Robert Egan my whole life and he is largely responsible for helping me become the successful man I am today.  I am 24 years old and as of July 2007 I have been employed with the City of Yonkers Police Department. Working in the field of Public Service has been a calling and is honestly what I've wanted to do since I was a young child. My father John Egan (Brother of Robert Egan) was a Police Officer in the NYPD for 20 years at which time he retired at the rank of Sergeant. This along with my Uncle's career in the NYPD as well as many other relatives, as you may have read about in my Uncle James J. Egan Jr.'s letter to you, has made me extremely proud to serve the public through Law Enforcement.  The Egan Family is known for their dedication to public service and my uncle was a critical component in ingraining this virtue to the whole entire family. Growing up I had the privilege of working for my uncle for 8 years. I witnessed first hand the hard work he put in day in and day out, even going to the office on weekends when the time called for it. Robert Egan embodies the definition of a "family man". My uncle is solely responsible for my knowledge and respect for my ancestry and in order to keep our extended family united he would host the annual family reunion at his farm in Columbia County, NY. If it hadn't been for this reunion I never would be able to grasp the feeling of being part of such a large but close family.  I would most certainly consider Robert Egan as a second Father to me giving me advice in my adolescence, pointing me in the right direction, and instilling in me that hard work along with dedication is an unstoppable force and

with these virtues you can accomplish anything. All too many times successful people tend to gravitate away from their extended family but my Uncle lent a helping hand to anyone that asked, and he is the glue that held the extended family together. My Uncle is also one of the reasons why my Grandmother, Antoinette Egan (Robert's Mother) is still here on the Earth today after 94 years. I am very close to my Grandmother having dinner with her every Sunday, an occasion I do not take for granted. Robert Egan has helped with my Grandmother's finances in astronomical ways, and without this financial assistance I may not have been able to enjoy the company of my Grandmother on the weekends. Being proudly a part of the Law Enforcement Community I fully understand the seriousness of the crimes that my Uncle has plead guilty to.  Although he has made a serious lap in judgment, to this day I am extremely proud of him and grateful to know such a wonderful man.  If this were happening to anyone else in the family I know that Robert Egan would fully support them in any way possible so I feel that it is my familial duty to do the same. With this in mind I respectfully request you to consider his many good qualities, his service to the community, and his strong ties to a great family, and impose the most lenient sentence the court considers to be appropriate. I am more than willing to further explain to you in person why Robert Egan is such an incredible person. Thank you for your time, and please feel free to contact me if you have any questions.

Sincerely,

Daniel A. Egan

# EXHIBIT 19

October 12, 2010

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, N. Y> 10007-1312

RE:  UNITED STATES v.ROBERT EGAN
        10 CRIM 191 (JFK)

Dear Judge Keenan:

My name is Iris M. Egan. I am Robert Egan's wife. I have known Bob since March of 1981. We were introduced by a mutual friend. We married in June of 1985.

I had been single for nineteen years and working in real estate management.I knew our marriage included Bob's three sons living with us as he was given custody of them. Bob would not have had it ay other way. This was one of the many qualities that drew me to him. His love for his children and family has always been paramount.

When I met Bob I found a man who was selfless, caring, giving, charitable, considerate, hard working etc. Bob worked midnight to eight as a Sgt. in N.Y.P.D. in Brooklyn, then went home to Valley Stream, N.Y., got his children off to school, left for the Bronx and Mt. Vernon where he ran two check-cashing stores, would go home for dinner, rest then off to his shift in Brooklyn...

This is a man with tremendous care and pride in his family. Bob always helped out his parents too. When Bob's father died, it was Bob, third of four children, who stepped up to the plate and took care of his mother, not only financially but emotionally as well. She is going to be 95 and still lives in her own  apartment in Riverdale with help and most importantly, love. Antionette Egan struck gold with her son, Robert.

Bob has touched anyone who has worked for him, he has always kept his door open, his phone number published and help available. Bob has always given time to his employees, friends, family and causes without expectations. Please know that I have often witnessed his generosity of time, support and care. We worked together for over twelve years when I had to semi retire due to health reasons.

Bod and i come from different backgrounds yet our beliefs are very similar. The Golden Rules and respect were instilled in us. We have and always will care for our fellow man.

I am not a person who can sit by and see another suffer needlessly. I ask you to please read all the letters from employees, business associates, friends and of course family. I am sure you will come to understand that this was not done with malicious intent or greed to benefit himself or family. Bob never put any money aside. Whenever he sold some part of a business he always put the money back in the business to try to strengthen it.

I am very fortunate and blessed in more ways then many and I hope and pray you will look kindly at my husband. Bob never expected such a terrible ending.

Bob is a good man who used poor judgement to try to correct a bad situation.

Please take in to consideration the depth of the man standing before you and all the good things he has done. Bob's intentions were to keep a company alive so that his employees and clients alike were secure and well taken care of.

Thank you for giving me the opportunity to try to give you a better idea of who Robert Egan really is.

Very truly yours,

Iris M. Egan

# EXHIBIT 20

**JAMES J. EGAN, JR., ESQ.**

**(Admitted in New York)**

**2401 PENNSYLVANIA AVENUE, N.W.**

**SUITE 704**

**WASHINGTON, DC  20037**

**202-719-8084**

**202-721-0287 (FAX)**

<u>JEGANJR@COMCAST.NET</u>

December 21, 2010

Hon. Judge John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

      **Re:  <u>Robert F. Egan</u>**

Hon. Judge Keenan,

My name is James J. Egan, Jr. and I am the brother of Robert Egan who is scheduled to be sentenced following his guilty plea entered on September 15, 2010 related to a criminal proceeding before your Court in the Southern District of New York.

In addition to myself, Robert has two other brothers, Peter and John, and a 94 year old mother, Antoinette. While Antoinette's mind continues to be sharp as ever, she has experienced significant physical disabilities that makes it difficult for her to see and hear and severely limits her mobility.  Robert's father James passed away in 1993.

This letter is intended to give you a deeper and broader understanding of Robert Egan, the person, and hopefully will assist you in extending to my brother as much leniency as possible in your sentencing.