# EXHIBIT C

**U.S. v. Egan and McGarry, 10 Cr. 191 (JFK)**
**Victims and Loss Amounts Verified By The USAO As Of May 1, 2011**

|    | Victim | Loss Amount |
|----|--------|-------------|
| 1  | Access to Money | $ 72,000.00 |
| 2  | Actors Federal Credit Union | $ 3,984,840.00 |
| 3  | ADP Federal Credit Union | $ 438,360.00 |
| 4  | BMW of Manhattan | $ 18,346.70 |
| 5  | Bush Capital | $ 190,000.00 |
| 6  | Calvary Hospital | $175,001.02 |
| 7  | Capital One Bank | $ 364,000.00 |
| 8  | Cardtronics and Bank of America | $ 16,177,582.00 |
| 9  | Carver Bank | $ 850,000.18 |
| 10 | Cash Connect/Wilmington Savings Fund Society | $ 4,890,360.00 |
| 11 | Cash Zone Check Cashing Corp | $ 445,000.00 |
| 12 | Clothing Emporium | $ 106,320.00 |
| 13 | College Point Check Cashing Inc. | $ 278,000.00 |
| 14 | Columbia University | $ 200,000.00 |
| 15 | Continuum Health Partners - Beth Israel | $ 805,000.00 |
| 16 | Continuum Health Partners - St Luke's | $ 550,000.00 |
| 17 | Debra Garcia | $9,000 |
| 18 | Delta Community Credit Union | $ 1,500,000.00 |
| 19 | Denburg Pizza, Inc. | $ 13,420.00 |
| 20 | Dept. of Veterans Affairs Federal Credit Union | $ 155,194.00 |
| 21 | Domestic Bank | $ 3,324,520.00 |
| 22 | Domino's Pizza | $ 30,467.00 |
| 23 | DVA Federal Credit Union | $ 155,000.00 |
| 24 | Eagle Express Systems | $ 48,000.00 |
| 25 | Elizabeth, NJ Fireman's FCU | $ 50,000.00 |
| 26 | Financial Assurance Credit Union | $ 36,000.00 |
| 27 | First Premier Bank (which includes a loss by Mobil Express Capital Corporation) | $ 420,720.00 |
| 28 | Ficohsa Express | $ 19,139.00 |
| 29 | Financial Assurance Federal Credit Union | $36,000 |
| 30 | Golden Krust Bakery | $15,773 |
| 31 | Greater Metro Federal Credit Union (formerly IBM Metro Employees Federal Credit Union) | $ 60,000.00 |
| 32 | Inserra Supermarkets, Inc. | $ 146,984.84 |
| 33 | Jumeirah Essex House | $ 2,354.00 |
| 34 | Mahopac National Bank | $ 404,000.00 |
| 35 | McDonald's/Alps Management Inc | $ 92,926.79 |
| 36 | MoneyGram | $ 6,796,542.84 |
| 37 | Money Spot | $ 170,000.00 |
| 38 | Mt. Sinai Hospital & School of Medicine | $ 650,000.00 |
| 39 | Metro North Railroad | $ 7,082.71 |
| 40 | National ATM | $ 152,000.00 |
| 41 | New York City Health & Hospitals | $ 2,273,151.00 |

U.S. v. Egan and McGarry, 10 Cr. 191 (JFK)
Victims and Loss Amounts Verified By The USAO As Of May 1, 2011

| | | | |
|---|---|---|---:|
| 42 | New York Commercial Bank | $ | 298,000.00 |
| 43 | New York Community Bancorp. Inc. (and New York Community Bank) | $ | 4,231,030.00 |
| 44 | New York Marriott Marquis | $ | 400,006.00 |
| 45 | North East Alliance Credit Union | $ | 565,462.00 |
| 46 | NYU | $ | 20,000.00 |
| 47 | Omnex Group Inc. | $ | 2,031,334.90 |
| 48 | Potamkin Cadillac | $ | 12,101.00 |
| 49 | Signature Bank | $ | 1,123,200.00 |
| 50 | Sodexo | | $5,244.11 |
| 51 | Stamford Credit Union | | $220,001.00 |
| 52 | Stanson Automated | $ | 391,000.00 |
| 53 | Sultana Distribution Services Inc. | $ | 51,244.56 |
| 54 | Sterling National Bank | $ | 447,480.00 |
| 54 | Terence Cardinal Cooke Health Care Center | | $350,000 |
| 55 | U.S. Bank National Association (dba Elan) | $ | 17,359,072.00 |
| 56 | Union Center National Bank | $ | 20,000.00 |
| 57 | U.S. Courthouse | $ | 90,000.00 |
| 58 | United Check Cashing | $ | 363,000.00 |
| 59 | Webster Bank | $ | 11,056,461.00 |
| | **TOTAL** | $ | **85,147,721.48** |

**Customers who, if the Government prevails on its motions, will receive their money back because their money was never commingled and accordingly are they are not victims:**

| | | |
|---|---|---:|
| B&H Financial | $ | 480,000.00 |
| RDC Fed Cashing | $ | 340,000.00 |
| Granite Check Cashing | $ | 392,000.00 |
| **TOTAL** | $ | **1,212,000.00** |