```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------ X
UNITED STATES OF AMERICA,            :
                                     :
     -against-                       :   No. 10 Cr. 191 (JFK)
                                     :   **ORDER**
ROBERT EGAN, et al.,                 :
                                     :
              Defendants.            :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2020

**JOHN F. KEENAN, United States District Judge:**

On February 18, 2020, the Court received a letter from third-party petitioner U.S. Bank National Association ("U.S. Bank") requesting a pre-motion conference prior to their filing of a motion to enforce the terms of the May 30, 2019 Stipulation of Settlement, which is currently filed under seal.

Accordingly, U.S. Bank and Known Litigation Holdings, LLC are directed to appear for a status conference on Thursday, March 19, 2020 at 11:15 a.m. in Courtroom 20-C.

**SO ORDERED.**

Dated: New York, New York
       February 20, 2020

_____
         John F. Keenan
    United States District Judge